IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ENRIQUE MUNIZ CALZADO<br><br>Defendant. | **8:24CR111**<br><br><br>**ORDER ON<br>INITIAL REVIEW** |

This matter is before the Court to conduct an initial review of defendant Enrique Muniz Calzado's ("Muniz Calzado") *pro se* Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Filing No. 59). In his motion, Muniz Calzado raises four grounds for relief—all related to ineffective assistance of counsel. *See Strickland v. Washington*, 466 U.S. 668, 687 (1984); *Rankin v. Payne*, 141 F.4th 913, 927-28 (8th Cir. 2025). He also claims his counsel breached attorney-client privilege by "leak[ing] confidential information" about his potential defenses to the government.

Under Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, the Court must promptly review Muniz Calzado's § 2255 motion. "If it plainly appears from the motion, any attached exhibits, and the record of prior proceedings that the moving party is not entitled to relief, the judge must dismiss the motion." *Id.* Otherwise, the Court must order the United States Attorney to respond to the motion or "take other action the judge may order." *Id.*; *see also* 28 U.S.C. § 2255(b).

Applying that standard to Muniz Calzado's motion, the Court finds summary dismissal is not required in this case. The United States Attorney therefore must answer or otherwise respond to Muniz Calzado's motion on or before May 11, 2026.

IT IS SO ORDERED.

Dated this 9th day of April 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge